IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DESIREE FINLEY,**
    *Plaintiff,*                       Case No.: 8:14-cv-2541-T-30MAP

**v.**

**CROSSTOWN LAW, LLC,**
    *Defendant.*
_____/

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES
AND COSTS PURSUANT TO 15 U.S.C. § 1692k(a)(3) AND
SECTION 559.77(2), FLORIDA STATUTES**

    **COMES NOW,** the Plaintiff, by and through her undersigned counsel, and hereby submits this motion for an Award of Attorney's Fees and Costs pursuant to 15 U.S.C. § 1692k(a)(3), section 559.77(2), Florida Statutes, 28 U.S.C. §§ 1920 and 1924, and Fed. R. Civ. P. 54(d), and in support thereof, states as follows:

    I.    **FACTS:**

    The following facts relevant to this motion are contained in the court's file. Pursuant to Fed. R. Evid. 201, Plaintiff requests that the court take judicial notice of the following facts:

    1.    Plaintiff initiated this suit for violations of the Fair Debt Collection Practices Act (FDCPA), and a supplemental claim for violations of the Florida Consumer Collections Practices Act (FCCPA), by filing a Complaint in Florida County Court for Polk County, Tenth Judicial Circuit, on September 9, 2014.

    2.    In response, Defendant removed Plaintiff's Complaint to the federal Middle District of Florida on or about October 7, 2014. (See Docket, No. 1).

Finley v. Crosstown Law, LLC, case number 8:14-cv-2541-T-30MAP
Plaintiff's Motion for an Award of Attorney's Fees and Costs
Page **1** of **3**

3. On or about October 15, 2014, Defendant tendered an offer of judgment in the amount of $1,002, together with additional reasonable attorney's fees and costs incurred and/or expended, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

4. On October 29, 2014, Plaintiff accepted Defendant's Rule 68 Offer of Judgment via email and filed her Notice of Acceptance of Rule 68 Offer of Judgment on February 12, 2015.  (See Docket, No. 11).

5. Plaintiff's counsel and Defendant's counsel were not able to come to an agreement as to the amount of Plaintiff's attorney's fees and costs.

6. Plaintiff now moves the court for an award of reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) and section 559.77(2), Florida Statutes.

7. Plaintiff estimates that her reasonable attorney's fees and costs are $5,080.  (See Affidavit of Attorneys' Fees and Costs, attached hereto).

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court grant her Motion to Award Reasonable Attorney's Fees and Costs and enter an Order awarding her reasonable attorney's fees and costs.

Respectfully submitted this 15th day of May, 2015.

/s/ Christina M. Cowart
Christina M. Cowart,
Florida Bar # 27644
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
ccowart@seraphlegal.com
Attorneys for Desiree Finley

Finley v. Crosstown Law, LLC, case number 8:14-cv-2541-T-30MAP
Plaintiff's Motion for an Award of Attorney's Fees and Costs
Page **2** of **3**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            /s/ Christina M. Cowart
                                            Christina M. Cowart
                                            Florida Bar # 27644

Finley v. Crosstown Law, LLC, case number 8:14-cv-2541-T-30MAP
Plaintiff's Motion for an Award of Attorney's Fees and Costs
Page **3** of **3**