IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DESIREE FINLEY,**

*Plaintiff,*

v.

**CROSSTOWN LAW, LLC,**

*Defendant.*

**Case Number: 8:14-cv-02541-JSM-MAP**

**AFFIDAVIT OF ATTORNEYS' FEES AND COSTS**

State of Illinois    )
                     )
County of Cook       ) Subscribed and Sworn

I, Philip R. Goldberg, being duly sworn and upon oath state as follows:

1. I am of adult age. I am mentally sound and competent to testify in the courts of the State of Florida. The matters set forth in this Affidavit are based upon my own personal knowledge unless otherwise stated. I would testify in open court, if called upon to do so, as to the facts set forth herein.

2. I am a shareholder in the law firm, Seraph Legal, P.A. ("**Seraph**"), and supervise all of the others involved in representing the Plaintiff, **Desiree Finley**, in the matter at hand.

3. The figures for fees and expenses submitted in this matter are true and correct to the best of my knowledge.

4. The fees submitted in this matter are necessary and reasonable for this type of litigation.

5. This affidavit relates to the timeframe between **May 29, 2014** and **November 5, 2014**, inclusive.

6. This affidavit is based upon professional services rendered by **Philip R. Goldberg** (myself, over 20 years of experience, admitted to Florida, California, and Illinois, Law Review Editor, and 5th in my class), **Christina M. Cowart** (lead counsel, admitted Florida and

South Carolina, 8 years of experience, and extensive litigation experience), Ashley Cease (initial counsel, 3 years with extensive litigation experience), and **David Williams** (legal assistant with over ten years of experience in consumer collection law), as described in the attached **Schedule A**. Cost of this action have been included in the schedule.

7. Including fees and costs, the total I believe appropriate for this court to grant Plaintiff's attorneys in this matter, through **May 15, 2015** is **$5,085.50.**

8. The fees charged reflect the usual and customary fees charged by Seraph and are consistent with the fees of other firms charged by attorneys with similar experience according to the United States Consumer Law Attorney Fee Survey Report 2010-2011 (slightly higher for Ms. Cowart, slightly lower for Mr. Goldberg).

9. Every effort was made to keep costs low, including e-filing of the complaint and use of Mr. Williams who has special expertise in dealing with consumer credit issues and drafting complaints. My time in assisting Mr. Williams was intentionally omitted, as was additional attorney time when several of our staff members discussed issues amongst themselves.

10. In my professional opinion, the time spent on each of the services identified above was reasonably required and necessary to prosecute and protect our client's interests.

11. No claim is being made for the time required to present this fee motion to the court, no multiplier has been used in calculating any fee, and no other expenses related to this matter have been included.

Respectfully Submitted,
Seraph Legal, P.A.

By: _____
*Philip R. Goldberg,*
Attorney for **Desiree Finley**.

# SCHEDULE A

| Date | Atty / Paralegal | Description | Time | Rate | Ext. |
|---|---|---|---|---|---|
| 5/29/2014 | Phil Goldberg | Review client file with Williams; identify causes of action; notify client; advise Williams to begin drafting complaint | 1 | $350.00 | $350.00 |
| 5/29/2014 | Dave Williams | Drafted complaint, researched causes of action, interviewed client, forwarded materials to Ashley | 2 | $100.00 | $200.00 |
| 5/30/2014 | Dave Williams | Added additional facts to complaint and allegations per email received today | 0.75 | $100.00 | $75.00 |
| 7/17/2014 | Ashley Cease | Reviewed case with Dave. Reviewed client materials. Began edits to complaint. | 0.5 | $350.00 | $175.00 |
| 7/18/2014 | Ashley Cease | Edited complaint for factual, legal, and other issues. | 1.75 | $350.00 | $612.50 |
| 9/8/2014 | Ashley Cease | Updated complaint to include ALLTEL facts; made and added exhibits; researched issue of legal ability to add interest and fees, read caselaw on adding interest and updated complaint to be consistent with interest language in letter being deceptive. | 3.5 | $350.00 | $1,225.00 |
| 9/8/2014 | Ashley Cease | Reviewed Dave's edits, finalized doc for filing. Discussed complaint with Dave and Phil. | 1 | $350.00 | $350.00 |
| 9/8/2014 | Phil Goldberg | Review and Revise complaint - Final Edit - back to Ashley | 1 | $350.00 | $350.00 |
| 9/9/2014 | Ashley Cease | Drafted summons and efiled complaint. | 0.5 | $350.00 | $175.00 |
| 9/9/2014 | FEE | E-Filing Fee: Polk County | 1 | $313.00 | $313.00 |
| 9/12/2014 | Ashley Cease | Pulled summons from Polk clerk's site. Created pdf. Emailed service co to have Defendant served with summons and complaint. | 0.25 | $350.00 | $87.50 |
| 9/24/2014 | Ashley Cease | Contacted server of process to see if Complaint was served yet (they said yes and will send verification) | 0 | $350.00 | $0.00 |
| 10/9/2014 | Christina Cowart | Drafted and filed a Notice of Appearance because case was removed to MD FLA | 0.25 | $350.00 | $87.50 |
| 10/10/2014 | Christina Cowart | Pulled Notice to Ashley and Related Case Order from PACER | 0 | $350.00 | $0.00 |
| 10/10/2014 | Ashley Cease | Case removed to Fed, discussed Christina taking over, emailed her docs | 0.25 | $350.00 | $87.50 |
| 10/10/2014 | Christina Cowart | Reviewed Complaint and Answer and Aff Defenses | 0.5 | $350.00 | $175.00 |
| 10/16/2014 | Christina Cowart | Received Rule 68 Offer of Judgment for $1,002 plus reasonable fees. Forwarded to Ashley, Phil, and Dave for discussion with client. Response due October 29. Reviewed implications of Offer of Judgment on federal claim and state claim, as each are treated separately. Discussed how to proceed. Others' time omitted. | 1.5 | $350.00 | $525.00 |
| 10/22/2014 | Christina Cowart | Retrieved and reviewed D's Cert of Interested persons and Notice of Pendency of Related Actions | 0.25 | $350.00 | $87.50 |
| 10/29/2014 | FEE | Service of Process Fee: Process Servers 365 | 1 | $35.00 | $35.00 |
| 10/29/2014 | Christina Cowart | Drafted and emailed Acceptance of Offer of Judgment. | 0.25 | $350.00 | $87.50 |
| 11/5/2014 | Christina Cowart | Emailed Raslavich that we are seeking $4800 in costs and fees, per discussion. | 0.25 | $350.00 | $87.50 |
| | | | | TOTAL DUE: | $5,085.50 |

## VERIFICATION

State of Illinois        )
                         ) Subscribed and Sworn
County of Cook     )

Philip R. Goldberg, being first duly sworn, states as follows:

1. I am an attorney for **Desiree Finley** and a shareholder in the firm, Seraph Legal, P.A.

2. I have read the foregoing and understand its contents.

3. The matters, facts, and things stated therein are true, accurate, and complete to the best of my knowledge.

In Witness Whereof, I hereby execute this verification.

_____
*Philip R. Goldberg*

Subscribed and sworn to before me this **15th day of May 2015**.

_____
Notary

OFFICIAL SEAL
MARLA A. STAMER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-22-2015